# CIVIL CAUSE FOR SHOW CAUSE HEARING

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 30 2017 ★

LONG ISLAND OFFICE

## BEFORE: JUDGE FEUERSTEIN

DATE: October 30, 2017              TIME: 11:15 a.m. (30 MINUTES)

CASE NUMBER:   2:17-cv-06001-SJF-AYS

CASE TITLE:    AFP Management Corp. v. New York Hotel & Motel Trades Council, AFL-CIO

PLTFFS ATTY:   John Harras via telephone
               X  present         ___ not present

DEFTS ATTY:    Joseph Farelli  Andrew Midgen  via telephone
               X  present         ___ not present

COURT REPORTER: Perry Auerbach

COURTROOM DEPUTY: Bryan Morabito

X    CASE CALLED.

\_    HEARING HELD/ CONT'D TO _____.

\_    ORDER ENTERED ON THE RECORD.

**OTHER:** Preliminary Injunction is Denied for the reasons stated on the record. Petition to stay the arbitration is denied and case dismissed. Case closed.